EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>José Orlando Grau Collazo | 2013 TSPR 29<br><br>188 DPR _____ |

Número del Caso: TS-1738


Fecha: 8 de marzo de 2013


Abogado de la parte Querellada:

      Lcdo. Guillermo Figueroa Prieto


Oficina de Inspección de Notarías:

      Lcda. Lourdes Quintana Llorens


Materia: Reinstalación y Baja Voluntaria del Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José Orlando Grau Collazo                    TS-1738

RESOLUCIÓN

San Juan, Puerto Rico, a 8 de marzo de 2013.

El Sr. José O. Grau Collazo fue admitido el 21 de noviembre de 1957 al ejercicio de la abogacía y el 13 de septiembre de 1979 al ejercicio de la notaría. Mediante Opinión *Per Curiam* de 12 de junio de 2012, este Tribunal decretó su suspensión indefinida del ejercicio de la abogacía y de la notaría. Su separación estuvo motivada por no haber atendido los requerimientos con relación a los requisitos dispuestos en el Reglamento del Programa de Educación Jurídica Continua (PEJC), según enmendado, 4 L.P.R.A. Ap. XVII-E (Supl. 2011), y por incumplir con el deber de mantener a este Tribunal informado de su dirección conforme la Regla 9(j) de nuestro Reglamento, según enmendado, 4 L.P.R.A. Ap. XXI-A, R. 9.

El 18 de diciembre de 2012 compareció ante nos el señor Grau Collazo mediante su representante legal. En su moción nos solicitó su reinstalación al ejercicio de la abogacía y que le permitiéramos su baja voluntaria. Surge de su moción que su avanzada edad (87 años), su delicada condición de salud y que se encuentra residiendo en un hogar de ancianos en el estado de Florida, imposibilitaron que tuviera conocimiento de las órdenes que este Tribunal le requirió.

El 9 de enero de 2013, emitimos una resolución mediante la cual ordenamos a la Oficina de Inspección de Notarías (ODIN) que en un término de 20 días se expresara en cuanto al estado de la obra notarial del señor Grau Collazo y emitiera sus recomendaciones. La Directora de ODIN compareció ante nos. En su moción, expresó que no tiene reparos en que reinstalemos al señor Grau Collazo para que pueda darse de baja voluntariamente como abogado y notario. En cuanto a las faltas pendientes de subsanación, nos solicitó que autoricemos aprobar la obra del señor Grau Collazo con deficiencias.

Examinada *la Moción en cumplimiento de orden y resolución* presentada por la Directora de ODIN, y tomando en cuenta la edad avanzada del peticionario y su delicado estado de salud, aprobamos la obra del señor Grau Collazo con deficiencias, autorizamos a ODIN a reclamar los aranceles a la entidad con quien el peticionario prestó fianza y se declara con lugar la *Moción solicitando reinstalación y baja voluntaria* presentada por el peticionario.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no interviene.


                                    Aida Ileana Oquendo Graulau
                                   Secretaria del Tribunal Supremo